1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
7  CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND, <br><br>Plaintiffs, <br><br>v. <br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, <br><br>Defendants. | Case No. CV 07 5886 <br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br>[CIV. L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a

1  GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the
2  ultimate parent corporation.
3      Defendant McKESSON CORPORATION knows of no such interest other than
4  that of the named parties.

5
6  Dated: November 20, 2007

    DRINKER BIDDLE & REATH LLP

7  *[signature]*
    KRISTA L. COSNER
8
9  Attorneys for Defendants
    SMITHKLINE BEECHAM
10     CORPORATION dba
    GLAXOSMITHKLINE and McKESSON
11     CORPORATION

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28