DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DOROTHY BONE; DAVID COOK;
JESUS COTA; JO ELLEN GARNER;
BARRON GATTA; CATHY GRAY;
FRANKLIN JENKINS; GREGORY
RODRIGUEZ; ROBERT RODRIGUEZ;
ROGER TAVARES; LAVIOLA
TOWNSEND,

Plaintiffs,

v.

SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION,

Defendants.

Case No. CV 07 5886

DISCLOSURE STATEMENT OF
GLAXOSMITHKLINE
[F.R.C.P. 7.1]

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

1

2  Dated: November 20, 2007

3

DRINKER BIDDLE & REATH LLP

4

KRISTA L. COSNER

5  Attorneys for Defendants
SMITHKLINE BEECHAM
6  CORPORATION dba
GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\391737\1

DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                                        CASE NO.