1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND, <br><br>Plaintiffs, <br><br>v. <br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, <br><br>Defendants. | Case No. CV-07-5886 EMC <br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br>**[CIV. L.R. 3-12 and 7-11]** |

        Pursuant to Civil L.R. 3-12 and 7-11, Defendants SMITHKLINE BEECHAM
CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION
(collectively, the "Defendants"), by and through counsel, hereby request a determination
that this action is related to the following actions, which were removed to this Court and
which defendants have or will be requesting transfer to MDL 1871, *In re Avandia
Marketing, Sales Practices and Products Liability Litigation*, United States District Court

for the Eastern District of Pennsylvania. Each of the following actions alleges personal and/or economic injuries related to the use of the prescription drug Avandia®:

1. *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5886 EMC, Judge Edward M. Chen, request for transfer to MDL 1871 pending;

2. *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5889 BZ, Judge Bernard Zimmerman, request for transfer to MDL 1871 pending;

3. *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5887 JL, Judge James Larson, request for transfer to MDL 1871 pending;

4. *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5888 JCS, Judge Joseph C. Spero, request for transfer to MDL 1871 pending;

5. *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5890 JL, Judge James Larson, request for transfer to MDL 1871 pending;

6. *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5891 MEJ, Judge Maria-Elena James, request for transfer to MDL 1871 pending.

///

1  WHEREFORE, Defendants respectfully request that these cases be determined
2  related for purposes of Civil L.R. 3-12.
3
4
5  Dated: November __, 2007                    DRINKER BIDDLE & REATH LLP
6                                              /S/
7                                              KRISTA L. COSNER
8                                              Attorneys for Defendants
                                                SMITHKLINE BEECHAM
9                                              CORPORATION dba
                                                GLAXOSMITHKLINE and McKESSON
10                                             CORPORATION
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28