1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | DOROTHY BONE; DAVID COOK; | Case No. CV-07-5886 EMC
   | JESUS COTA; JO ELLEN GARNER; |
13 | BARRON GATTA; CATHY GRAY; | **DECLINATION TO PROCEED**
   | FRANKLIN JENKINS; GREGORY | **BEFORE A MAGISTRATE JUDGE**
14 | RODRIGUEZ; ROBERT RODRIGUEZ; | **AND REQUEST FOR**
   | ROGER TAVARES; LAVIOLA | **REASSIGNMENT TO A UNITED**
15 | TOWNSEND, | **STATES DISTRICT JUDGE**

16            Plaintiffs,

17      v.

18 SMITHKLINE BEECHAM
   CORPORATION dba
19 GLAXOSMITHKLINE and McKESSON
   CORPORATION,
20
              Defendants.
21

22

23      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT

24 JUDGE.

25      The undersigned party hereby declines to consent to the assignment of this case to

26 a United States Magistrate Judge for trial and disposition and hereby requests the

27 ///

28 ///

1
2   reassignment of this case to a United States District Judge.
3
4   Dated: November 28, 2007                    DRINKER BIDDLE & REATH LLP
5                                               /S/
                                                _____
6                                               KRISTA L. COSNER
                                                Attorneys for Defendants
7
                                                SMITHKLINE BEECHAM CORPORATION
8                                               dba GLAXOSMITHKLINE and McKESSON
                                                CORPORATION
9
10
...
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392383\1