DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

|  |  |
|---|---|
|  | Case No. 3:07-cv-05886-MHP |
| DOROTHY BONE, ET AL : | |
| : | DECLARATION OF |
| Plaintiffs, : | DAVID C. ANDERSEN IN |
| : | SUPPORT OF |
| : | PLAINTIFFS' MOTION |
| : | FOR REMAND AND |
| : | SUPPORTING |
| : | MEMORANDUM |
| v. : | |
| : | |
| : | |
| SMITHKLINE BEECHAM : | |
| CORPORATION : | |
| d/b/a GLAXOSMITHKLINE and : | |
| MCKESSON CORPORATION : | |
| : | |
| Defendants _____ : | |

I, DAVID C. ANDERSEN, declare:

1.      I am an attorney admitted to practice before all courts of the State of California and am an Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this action.  I make this Declaration based on my personal knowledge, in support of Plaintiff's Motion For Remand And

1

1    Supporting Memorandum.  I would and could competently testify to the matters stated in this

2    Declaration if called as a witness.

3          2.    A true and accurate copy of Notice of Ruling with attached Revised Ruling on

4    Request for Reconsideration by Judge Victoria Chaney), *Vioxx Cases*, California Superior Court for

5    Los Angeles County, Case No. JCCP 4347, filed on or about May 22, 2006, attached as **Exhibit A**.

6          3.    A true and accurate copy of *Reid, et al., v. Merck & Company, Inc., et al.*, Case No.

7    CV 02-00504 NM (RZx) attached as **Exhibit B.**

8          4.    A true and accurate copy of *Black, et al., v. Merck & Company, Inc., et al.*, Case No.

9    CV 03-8730 NM (AJWx) attached as **Exhibit C.**

10         5.    A true and accurate copy of *Albright, et al. v. Merck & Co., Inc., et al.*, No CV 05-

11   4025 JFW (MANx) attached as **Exhibit D.**

12         6.    A true and accurate copy of *Aaroe, et al., v. Merck & Co., Inc., et al.*, No CV05-

13   5559 JFW (CWx) attached as **Exhibit E**.

14         7.    A true and accurate copy of *Maher v. Novartis Pharmaceuticals Corp., et al.*, No.

15   07-852 WQH (JMA) attached as **Exhibit F**.

16         I declare under penalty of perjury under the laws of the United States of America that the

17   foregoing is true and correct.  Executed on this 3rd day of December, 2007, in Orange, Virginia.

18

2

Dated: December 3, 2007                    Respectfully submitted,


_____/s/_____

David C. Andersen (Bar No. 194095)

THE MILLER FIRM, LLC

Attorneys for Plaintiff

108 Railroad Avenue

Orange, VA 22960

Phone: (540) 672-4224

Fax: (540) 672-3055

Email:dandersen@doctoratlaw.com

Plaintiff's Motion for Remand and Supporting Memorandum