1   DAVID C. ANDERSEN (State Bar No. 194095)
2   THE MILLER FIRM, LLC
3   108 Railroad Avenue
4   Orange, VA 22960
5   Telephone: (540) 672-4224
6   Facsimile: (540) 672-3055
7   Email: dandersen@doctoratlaw.com

8

9   **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
10  **SAN FRANCISCO DIVISION**

11

12                                                          Case No. 3:07-cv-05886-MHP

13                                      :
14  DOROTHY BONE, ET AL                 :
15                                      :
16  Plaintiffs,                         :   PLAINTIFF'S AMENDED
17                                      :   NOTICE OF HEARING
18                                      :   FOR MOTION
19                                      :   TO REMAND
20                                      :
21                                      :
22  v.                                  :
23                                      :
24                                      :   HEARING:
25  SMITHKLINE BEECHAM                  :   DATE: January 24, 2008
26  CORPORATION                         :   TIME: 10:00 A.M.
27  d/b/a GLAXOSMITHKLINE and           :   COURTROOM: 1
28  MCKESSON CORPORATION                :   JUDGE: Magistrate Judge Maria-Elena James
29                                      :
30  Defendants                          :

**AMENDED NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on January 24, 2008, at 10:00 A.M., or as soon thereafter as the matter may be heard in Courtroom 1 of the above entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs will move the Court to remand this action to the SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR AND IN THE COUNTY OF SAN FRANCISCO, NORTHERN DISTRICT. This remand is proper as no diversity exists among the parties as required by 28 U.S.C. § 1132 and there is no substantial federal question requiring federal jurisdiction.

This motion will be based on Plaintiffs' Motion for Remand, with supporting Memorandum of Points and Authorities.

Dated: December 3, 2007

                                                      /s/
                                    David C. Andersen (Bar No. 194095)
                                    THE MILLER FIRM, LLC
                                    Attorneys for Plaintiff
                                    108 Railroad Avenue
                                    Orange, VA 22960
                                    Phone: (540) 672-4224
                                    Fax: (540) 672-3055
                                    Email:dandersen@doctoratlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Donald. F. Zimmer
Krista Cosner
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

Dated: December 3, 2007

Respectfully submitted,

_____/s/_____
David C. Andersen (Bar No. 194095)
THE MILLER FIRM, LLC
Attorneys for Plaintiff
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
Email:dandersen@doctoratlaw.com

Plaintiff's Motion for Remand and Supporting Memorandum