UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>        Defendant(s).<br><br>*And related actions as listed* | No. C 07-05886 MHP<br>     C 07-05587 MHP<br>     C 07-05888 MHP<br>     C 07-05889 MHP<br>     C 07-05890 MHP<br>     C 07-05891 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated: December 5, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>       Plaintiff(s),<br><br>  v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>       Defendant(s).<br><br>*And related actions as listed* | No. C 07-05886 MHP<br>     C 07-05587 MHP<br>     C 07-05888 MHP<br>     C 07-05889 MHP<br>     C 07-05890 MHP<br>     C 07-05891 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                          Richard W. Wieking
                                          Clerk, U.S. District Court

Dated: December 5, 2007                Anthony Bowser, Deputy Clerk to the
                                                      Honorable Marilyn Hall Patel
                                                        (415) 522-3140

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>        Plaintiff(s),<br><br> v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>        Defendant(s).<br><br>*And related actions as listed* | No. C 07-05886 MHP<br>C 07-05587 MHP<br>C 07-05888 MHP<br>C 07-05889 MHP<br>C 07-05890 MHP<br>C 07-05891 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated: December 5, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>        Defendant(s).<br><br>*And related actions as listed* | No. C 07-05886 MHP<br>    C 07-05587 MHP<br>    C 07-05888 MHP<br>    C 07-05889 MHP<br>    C 07-05890 MHP<br>    C 07-05891 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                          Richard W. Wieking
                                          Clerk, U.S. District Court

Dated: December 5, 2007                Anthony Bowser, Deputy Clerk to the
                                            Honorable Marilyn Hall Patel
                                            (415) 522-3140

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE, | No. C 07-05886 MHP |
| | C 07-05587 MHP |
| Plaintiff(s), | C 07-05888 MHP |
| | C 07-05889 MHP |
| v. | C 07-05890 MHP |
| | C 07-05891 MHP |
| SMITHKLINE BEECHAM CORP, | |
| | **CLERK'S NOTICE** |
| Defendant(s). | **(Scheduling Case Management Conference in Reassigned Case)** |
| *And related actions as listed* / | |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated: December 5, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>        Defendant(s).<br><br>*And related actions as listed*       / | No. C 07-05886 MHP<br>     C 07-05587 MHP<br>     C 07-05888 MHP<br>     C 07-05889 MHP<br>     C 07-05890 MHP<br>     C 07-05891 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                    Richard W. Wieking
                                    Clerk, U.S. District Court

Dated: December 5, 2007                  Anthony Bowser, Deputy Clerk to the
                                              Honorable Marilyn Hall Patel
                                              (415) 522-3140