DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No. CV-07-5886 MHP<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO MDL 1871 (E.D. PA)**<br><br>DATE:        January 14, 2008<br>TIME:        2:00 p.m.<br>COURTROOM: 15<br>JUDGE:       Marilyn H. Patel |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 14, 2008 at 2:00 p.m., in Courtroom 15 of the above-entitled courthouse, located at 450 Golden Gate Avenue, San Francisco, California, 94102, or as soon thereafter as the matter may be heard, defendants SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK"), hereby moves this Court to enter an Order staying: (a) all pretrial activity in this case, including any remand motions; (b) the period for initial disclosures pursuant to Rule 26

1  of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines,
2  pending transfer of this case by the Judicial Panel on Multidistrict Litigation, pursuant to
3  28 U.S.C. § 1407(a), of the resulting action against GSK to *In re Avandia Products*
4  *Liability Litigation*, MDL No. 1871, pending before the Honorable Cynthia M. Rufe in
5  the United States District Court for the Eastern District of Pennsylvania.
6      Staying all proceedings in this action is proper to conserve the Court's and the
7  parties' resources, avoid duplicative litigation and prevent inconsistent rulings on issues
8  that will arise repeatedly in Avandia cases.
9      The motion is based on this notice, motion and supporting papers, including points
10 and authorities, declarations, the evidence in support of the motion, and all associated
11 papers, the complete files and records of this action, and such other and further arguments
12 as may be adduced at the hearing.

Dated: December 6, 2007

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

/S/
_____
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION