1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | DOROTHY BONE; DAVID COOK; | Case No. CV-07-5886 MHP
   | JESUS COTA; JO ELLEN GARNER; |
13 | BARRON GATTA; CATHY GRAY; | **[PROPOSED] ORDER GRANTING**
   | FRANKLIN JENKINS; GREGORY | **MOTION BY DEFENDANT**
14 | RODRIGUEZ; ROBERT RODRIGUEZ; | **SMITHKLINE BEECHAM**
   | ROGER TAVARES; LAVIOLA | **CORPORATION d/b/a**
15 | TOWNSEND, | **GLAXOSMITHKLINE TO STAY ALL**
   |                             | **PROCEEDINGS PENDING TRANSFER**
16 |         Plaintiffs,         | **BY THE JUDICIAL PANEL ON**
   |                             | **MULTIDISTRICT LITIGATION TO**
17 |    v.                       | **MDL 1871 (E.D. PA)**
   |                             |
18 | SMITHKLINE BEECHAM          | DATE:       January 14, 2008
   | CORPORATION dba             | TIME:       2:00 p.m.
19 | GLAXOSMITHKLINE and McKESSON| COURTROOM:  15
   | CORPORATION,                | JUDGE:      Marilyn H. Patel
20 |         Defendants.         |

21

22

23     On January 14, 2008 Defendant SMITHKLINE BEECHAM CORPORATION

24 dba GLAXOSMITHKLINE's ("GSK") Motion to Stay All Proceedings Pending Transfer

25 by the Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D. PA) came for

26 hearing in Courtroom 15 of this Court. All parties were given notice and an opportunity

27 to be heard, and each party was represented at the hearing by its counsel of record.

28 Having reviewed all of the papers and admissible evidence filed in support of and in

opposition to the motion and for good cause appearing:

IT IS HEREBY ORDERED THAT GSK's motion is **GRANTED**. The Court hereby orders a stay of: (a) all pretrial activity in this case, including any remand motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of this case by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), of the resulting action against GSK to *In re Avandia Products Liability Litigation,* MDL No. 1871, pending before the Honorable Cynthia M. Rufe in the United States District Court for the Eastern District of Pennsylvania.

**IT IS SO ORDERED.**

Dated: December __, 2007

_____
Hon. Marilyn H. Patel
United States District Court, Northern District of California