**[PROPOSED] ORDER**

Having read and considered all arguments made in the above matter, and having decided that based on all moving papers, Defendants' Motion to Stay All Proceedings is hereby DENIED.

IT IS SO ORDERED

_____         _____

Dated                                              Honorable Marilyn Hall Patel