DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No. CV-07-5886 MHP<br><br>**OMNIBUS APPENDIX OF NON-PUBLISHED CASES IN SUPPORT OF DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**<br><br>(Filed only in Bone, et al. CV-07-5886 MHP)<br><br>DATE:       January 14, 2008<br>TIME:       2:00 p.m.<br>COURTROOM: 15<br>JUDGE:      Marilyn H. Patel |

| | | |
|---|---|---|
| 1 | RICHARD BOWLES, SAMUEL CANTEY, LUTHER CAULDER, JERLEAN CONWAY, ROBERT COX, HAROLD DUREN, ROGER INGRAM, ANN MCGARY, ALAN ORLOMOSKI, INEZ ORTIZ, MARLINE RANDALL, BETTY WITHROW | Case No. CV-07-6328 JCS (Pending Ruling on Motion to Relate Cases) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Plaintiffs, | |
| 6 | | |
| 7 | v. | |
| 8 | SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, | |
| 9 | | |
| 10 | Defendants. | |
| 11 | | |
| 12 | | |
| 13 | GEORGE FISHER, | Case No. CV-07-5889 MHP |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, | |
| 17 | | |
| 18 | Defendants. | |
| 19 | | |
| 20 | JAMES HALL, | Case No. CV-07-5887 MHP |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, | |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| ROSE HEFNER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF IRVING HEFNER (DECEASED)<br><br>DEBORAH CITRANO JOHNSON AS PERSONAL REPRESENTATIVE OF STEPHEN CITRANO (DECEASED)<br><br>    Plaintiffs,<br><br>    v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>    Defendants. | Case No. CV-07-6050 JL<br>(Pending Ruling on Motion to Relate Cases) |
| JAMES JEFFERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>    Defendants. | Case No. CV-07-5888 MHP |
| HECTOR THORNTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>    Defendants. | Case No. CV-07-5890 MHP |

| | |
|---|---|
| IVAN UPSHAW,<br><br>           Plaintiff,<br><br>   v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>           Defendants | Case No. CV-07-5891 MHP |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") hereby submits this Omnibus Appendix of Non-Published Cases in support of its Memorandum of Law in Opposition to Plaintiffs' Motion to Remand. True and correct copies of the following cases are attached hereto:

**OMNIBUS APPENDIX OF NON-PUBLISHED CASES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

1. *Aronis v. Merck & Co., Inc.* (E.D.Cal. May 3, 2005) 2005 U.S. Dist. LEXIS 41531.

2. *Barlow v. Warner-Lambert Co.*, Case No. CV 03 1647 R (RZx), Slip Op. (C.D.Cal. April 28, 2003).

3. *Dante v. Merck & Co., Inc.*, Case No. C 07-00081 JW, Slip Op. (N.D.Cal. February 27, 2007).

4. *Huntman v. Danek Medical, Inc.*, (S.D.Cal. July 24, 1998) 1998 WL 663362.

5. *In re Asbestos II Consol. Pretrial*, (N.D. Ill. May 10, 1989) 1989 U.S. Dist. LEXIS 5621.

6. *In re Baycol Prods. Litig.*, (D.Minn. May 24, 2002) 2002 WL 32155268.

7. *In re Diet Drugs Prods. Liab. Litig., MDL No. 1203*, (E.D. Pa. July 16, 1999) 1999 WL 554584.

8. *In re Diet Drugs Prods. Liab. Litig.*, *MDL No. 1203*, (E.D. Pa. September 20, 2004) 2004 WL 2095451.

9. *In re PPA, MDL No. 1407*, Slip Op. (W.D. Wa. November 26, 2002).

10. *In re Rezulin Prods. Liab. Litig.*, *MDL No. 1348* (S.D.N.Y. April 12, 2002) 2002 WL 548750.

11. *In re Rezulin Prods. Liab. Litig.*, *MDL No. 1348* (S.D.N.Y. November 7, 2002) 2002 WL 31496228.

12. *In re Rezulin Prods. Liab. Litig.*, *MDL No. 1348* (S.D.N.Y. January 6, 2003) 2003 U.S. Dist. LEXIS 28.

13. *Johnson v. Merck & Co., Inc.*, Case No. C 05-02881 MHP Slip Op. (N.D. Cal. October 4, 2005).

14. *Johnson v. Merck & Co., Inc.*, Case No. C 07-00067 WHA, Slip Op. (N.D.Cal. March 8, 2007).

15. *Lyons v. American Tobacco Co.*, (S.D.Ala. September 30, 1997) 1997 U.S. Dist. LEXIS 18365.

16. *Murphy v. Merck & Co., Inc.*, Case No. C 06-04794 MHP (N.D.Cal. September 22, 2006).

17. *Parker v. Merck & Co., Inc.*, Case No. C 07-2333 SI, Slip Op. (N.D.Cal. June 26, 2007).

18. *Skinner v. Warner-Lambert Co.*, (C.D.Cal. April 28, 2003) 2003 WL 25598915.

19. *Waldon v. Novartis Pharmaceuticals Corp.*, (N.D.Cal. June 18, 2007) 2007 U.S. Dist. LEXIS 45809.

20. *Wiggins v. Am. Home Prods. Corp.*, (N.D.Ala. October 2, 2001) 2001 WL 34013629.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393434\2

OMNIBUS APPENDIX OF NON-PUBLISHED CASES

5

CASE NO. CV-07-5886 MHP

| | | |
|---|---|---|
| 1 | Dated: December 26, 2007 | DRINKER BIDDLE & REATH LLP |
| 2 | | |
| 3 | | /S/<br>KRISTA L. COSNER |
| 4 | | Attorneys for Defendants |
| 5 | | SMITHKLINE BEECHAM CORPORATION d/b/a |
| 6 | | GLAXOSMITHKLINE and McKESSON CORPORATION |