1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | DOROTHY BONE; DAVID COOK; | Case No. CV-07-5886 MHP
   | JESUS COTA; JO ELLEN GARNER; |
13 | BARRON GATTA; CATHY GRAY; |
   | FRANKLIN JENKINS; GREGORY | **OMNIBUS APPENDIX OF NON-**
14 | RODRIGUEZ; ROBERT RODRIGUEZ; | **PUBLISHED CASES IN SUPPORT OF**
   | ROGER TAVARES; LAVIOLA | **DEFENDANT SMITHKLINE**
15 | TOWNSEND, | **BEECHAM CORPORATION d/b/a**
   | | **GLAXOSMITHKLINE'S REPLY**
16 | Plaintiffs, | **MEMORANDUM OF LAW IN**
   | | **SUPPORT OF MOTION TO STAY**
17 | v. |
   | | **(Filed only in Bone, et al. CV-07-5886**
18 | SMITHKLINE BEECHAM | **MHP)**
   | CORPORATION d/b/a |
19 | GLAXOSMITHKLINE and McKESSON | **DATE:      January 14, 2008**
   | CORPORATION, | **TIME:        2:00 p.m.**
20 | Defendants. | **COURTROOM: 15**
   | | **JUDGE:      Marilyn H. Patel**
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | RICHARD BOWLES, SAMUEL CANTEY, LUTHER CAULDER, JERLEAN CONWAY, ROBERT COX, HAROLD DUREN, ROGER INGRAM, ANN MCGARY, ALAN ORLOMOSKI, INEZ ORTIZ, MARLINE RANDALL, BETTY WITHROW<br><br>            Plaintiffs,<br><br>     v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>           Defendants. | Case No. CV-07-6328 JCS<br>(Pending Ruling on Motion to Relate Cases) |

RICHARD BOWLES, SAMUEL
CANTEY, LUTHER CAULDER,
JERLEAN CONWAY, ROBERT COX,
HAROLD DUREN, ROGER INGRAM,
ANN MCGARY, ALAN ORLOMOSKI,
INEZ ORTIZ, MARLINE RANDALL,
BETTY WITHROW

Plaintiffs,

v.

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION,

Defendants.

Case No. CV-07-6328 JCS
(Pending Ruling on Motion to Relate Cases)

---

GEORGE FISHER,

Plaintiff,

v.

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION,

Defendants.

Case No. CV-07-5889 MHP

---

JAMES HALL,

Plaintiff,

v.

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION,

Defendants.

Case No. CV-07-5887 MHP

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393702\1

OMNIBUS APPENDIX OF NON-PUBLISHED CASES          CASE NO. CV-07-5886 MHP

| | |
|---|---|
| ROSE HEFNER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF IRVING HEFNER (DECEASED) | Case No. CV-07-6050 JL (Pending Ruling on Motion to Relate Cases) |
| DEBORAH CITRANO JOHNSON AS PERSONAL REPRESENTATIVE OF STEPHEN CITRANO (DECEASED) | |
| Plaintiffs, | |
| v. | |
| SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, | |
| Defendants. | |
| JAMES JEFFERSON, | Case No. CV-07-5888 MHP |
| Plaintiff, | |
| v. | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, | |
| Defendants. | |
| HECTOR THORNTON, | Case No. CV-07-5890 MHP |
| Plaintiff, | |
| v. | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

3

| | |
|---|---|
| IVAN UPSHAW,<br><br>                    Plaintiff,<br><br>        v.<br><br>SMITHKLINE BEECHAM<br>CORPORATION d/b/a<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION,<br><br>                    Defendants | Case No. CV-07-5891 MHP |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant SMITHKLINE BEECHAM CORPORATION d/b/a

GLAXOSMITHKLINE ("GSK") hereby submits this Omnibus Appendix of Non-

Published Cases in support of its Reply Memorandum of Law in Support of Motion to

Stay. True and correct copies of the following cases are attached hereto:

### OMNIBUS APPENDIX OF NON-PUBLISHED CASES IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STAY.

A.    *Commonwealth of Pennsylvania v. TAP Pharm. Products, Inc.* ["TAP II], Case No. 2:06-cv-04514-LDD, Slip. Op. (E.D. Pa. Jan. 23, 2007).

B.    *McCrerey v. Merck & Co.,* (S.D.Cal. March 3, 2005) 2005 U.S. Dist. LEXIS 36803.

C.    *Nielsen v. Merck & Co*., (N.D.Cal. March 15, 2007) 2007 U.S. Dist LEXIS 21250.

D.    *Sisemore v. Merck & Co*., (E.D.Cal. April 6, 2006) 2006 U.S. Dist LEXIS 16753.

E.    *Stempien v. Eli Lilly and Co.,* (N.D.Cal. May 4, 2006) 2006 WL 1214836.

Dated: December 28, 2007                    DRINKER BIDDLE & REATH LLP


                                            /S/
                                            _____
                                            KRISTA L. COSNER

                                            Attorneys for Defendants
                                            SMITHKLINE BEECHAM
                                            CORPORATION d/b/a
                                            GLAXOSMITHKLINE and McKESSON
                                            CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105