DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| DOROTHY BONE, et. al. | Case No. 3:07-cv-05886-MEJ |
| Plaintiffs, | DECLARATION OF DAVID C. ANDERSEN IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO REMAND |
| v. |  |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION |  |
| Defendants |  |

I, DAVID C. ANDERSEN, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am an Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this action. I make this Declaration based on my personal knowledge, in support of Plaintiff's Reply In Support of Motion

1  For Remand. I would and could competently testify to the matters stated in this Declaration if
2  called as a witness.
3      2.   A true and accurate copy of the December 28, 2007 Avandia MDL Docket Sheet, In
4  re: Avandia Marketing, Sales Practices and Products Liability Litigation, Eastern District of
5  Pennsylvania, 2:07md1871, Honorable Cynthia M. Rufe, on or about May 22, 2006, attached as
6  **Exhibit A**.

8  I declare under penalty of perjury under the laws of the United States of America that the
9  foregoing is true and correct. Executed on this 28th day of December, 2007, in Orange, Virginia.

12 Dated: December 28, 2007

14                    Respectfully submitted,

17                    _____/s/_____
18                    David C. Andersen (Bar No. 194095)
19                    THE MILLER FIRM, LLC
20                    Attorneys for Plaintiff
21                    108 Railroad Avenue
22                    Orange, VA 22960
23                    Phone: (540) 672-4224
24                    Fax: (540) 672-3055
25                    Email:dandersen@doctoratlaw.com