MDL-1871

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:07-md-01871-CMR

IN RE: AVANDIA MARKETINGING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
Assigned to: HONORABLE CYNTHIA M. RUFE
related Cases: 2:07-cv-05331-CMR
2:07-cv-05430-CMR
2:07-cv-05445-CMR
2:07-cv-05455-CMR
Case in other court: WD of Arkansas (Fayetteville), 07-05193
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/18/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**IN RE:**

**IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2007 | 1 | Certified Copy of Transfer Order from The Judicial Panel on Multidistrict Litigation transferring the Cases Listed on Schedule A for coordinating and consolidating pretrial proceedings as assigned to the Honorable Cynthia M. Rufe. (tjd) (Entered: 10/18/2007) |
| 11/05/2007 | 2 | Plffs' joint Request for appointment of interim Lead Counsel, Liaison Counsel and Plffs' Steering Committee and for entry of Case Management Order No. 1.(sc, ) (Entered: 11/06/2007) |
| 11/06/2007 | 3 | Proposed Case Management Plan by PLAINTIFF(S). (Attachments: # 1 Exhibit Exhibit 1# 2 Certificate of Service of Notice of Filing of Corrected Proposed Case Management Order No. 1)(MELLON, THOMAS) (Entered: 11/06/2007) |
| 11/06/2007 | 4 | CERTIFICATE OF SERVICE by PLAINTIFF(S) re 2 Praecipe/Request *Plaintiffs' Joint Request For Appointment of Interim Lead Counsel and Plaintiffs' PSC and Entry of CMO No. 1* (MELLON, THOMAS) (Entered: 11/06/2007) |
| 11/13/2007 | 5 | Proposed Case Management Plan *Amended* by PLAINTIFF(S). (Attachments: # 1 Certificate of Service)(MILLER, MICHAEL) COPY FORWARDED TO JUDGE FOR APPROVAL Modified on 11/15/2007 (sc, ). (Entered: 11/13/2007) |

| | | |
|---|---|---|
| 11/16/2007 | 6 | Certified Copy of Conditional Transfer Order (CTO-1) from the Judicial Panel on Multidistrict Litigation that the actions listed on this CTO are transferred to the EDPA for coordinated or consolidated pretrial proceedings assigned to the Honorable Cynthia M. Rufe. (tjd) (Entered: 11/19/2007) |
| 11/20/2007 | 7 | STIPULATION AND ORDER THAT THE TIME FOR DEFENDANT GLAXOSMITHKLINE TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT IS HEREBY EXTENDED UNTIL DECEMBER 17, 2007. SIGNED BY JUDGE CYNTHIA M. RUFE ON 11/20/07; 11/21/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 05-4572).(tjd) (Entered: 11/21/2007) |
| 11/29/2007 | 8 | STIPULATION AND ORDER THAT THE TIME FOR DEFENDANT GSK TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND JURY DEMAND IS HEREBY EXTENDED UNTIL 30 DAYS AFTER THE ISSUANCE OF A CASE MANAGEMENT ORDER BY THE COURT, ETC. SIGNED BY JUDGE CYNTHIA M. RUFE ON 11/28/07; 11/30/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 07-4962).(tjd) (Entered: 11/30/2007) |
| 11/30/2007 | 9 | STIPULATION AND ORDER THAT THE TIME FOR DEFENDANT GSK TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT IS HEREBY EXTENDED UNTIL 30 DAYS AFTER THE ISSUANCE OF A CASE MANAGEMENT ORDER BY THE COURT, ETC. SIGNED BY JUDGE CYNTHIA M. RUFE ON 11/29/07; 11/30/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 07-4987).(tjd) (Entered: 11/30/2007) |
| 11/30/2007 | 10 | STIPULATION AND ORDER THAT THE TIME FOR DEFENDANT GSK TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT IS HEREBY EXTENDED UNTIL 30 DAYS AFTER THE ISSUANCE OF A CASE MANAGEMENT ORDER BY THE COURT, ETC. SIGNED BY JUDGE CYNTHIA M. RUFE ON 11/29/07; 11/30/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 07-4984). (tjd) (Entered: 11/30/2007) |
| 12/03/2007 | 11 | Certified Copy of Conditional Transfer Order (CTO-2) from the Judicial Panel on Multidistrict Litigation that the action listed on this CTO is transferred to the EDPA for coordinated or consolidated pretrial proceedings assigned to the Honorable Cynthia M. Rufe: Ross, WD-AR, 5:07-5193. (tjd) (Entered: 12/03/2007) |
| 12/10/2007 | 12 | ORDER THAT PURSUANT TO F.R.C.P. 21 AND THE ATTACHED JOINT MOTION SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE IS SUBSTITUTED AS THE DEFENDANT IN PLACE OF GLAXOSMITHKLINE, INC.; PURSUANT TO THE AGREEMENT OF THE PARTIES PLAINTIFF WILL SERVE AN |

| | | |
|---|---|---|
| | | AMENDED COMPLAINT WITHIN TWENTY DAYS OF THE ENTRY OF THIS ORDER AND DEFENDANT'S COUNSEL WILL ACCEPT SERVICE. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 12/7/07; 12/11/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 07-4550).(tjd) (Entered: 12/11/2007) |
| 12/13/2007 | 13 | ORDER THAT THE CONSENT MOTION TO EXTEND TIME IS GRANTED; THE DEADLINE FOR DEFENDANT SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT IS HEREBY EXTENDED TO THIRTY DAYS AFTER THE INITIAL MDL STATUS CONFERENCE. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 12/13/07; 12/14/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 07-5203).(tjd) (Entered: 12/14/2007) |
| 12/14/2007 | 14 | UNOPPOSED CONSENT MOTION BY GLAXOSMITHKLINE FOR THE EXTENSION OF TIME, CERTIFICATE OF SERVICE. APPLIES TO C.A. 07-4957.(sc, ) (Entered: 12/17/2007) |
| 12/17/2007 | 15 | ORDER THAT THE CONSENT MOTION TO EXTEND TIME IS GRANTED IN THIS MATTER; THE DEADLINE FOR DEFENDANT SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT IS HEREBY EXTENDED TH THIRTY DAYS AFTER THE INITIAL MDL STATUS CONFERENCE. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 12/17/07; 12/18/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO RODRIGUEZ, CD-CA, 07-6149).(tjd) (Entered: 12/18/2007) |
| 12/17/2007 | 16 | STIPULATION AND ORDER THAT THE TIME FOR GLAXOSMITHKLINE TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND JURY DEMAND IS HEREBY EXTENDED UNTIL FURTHER ORDER OF THIS COURT. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 12/12/07; 12/18/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 07-4960).(tjd) (Entered: 12/18/2007) |
| 12/17/2007 | 17 | STIPULATION AND ORDER THAT THE TIME FOR GLAXOSMITHKLINE TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT IS HEREBY EXTENDED UNTIL THIRTY DAYS AFTER THE ISSUANCE OF THIS COURT'S FIRST CASE MANAGEMENT ORDER. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 12/12/07; 12/18/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 07-3858).(tjd) (Entered: 12/18/2007) |
| 12/17/2007 | 18 | JOINT STIPULATION AND ORDER THAT THE TIME FOR GLAXOSMITHKLINE TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT IS HEREBY EXTENDED |

| | | |
|---|---|---|
| | | UNTIL THIRTY DAYS AFTER THE ISSUANCE OF THIS COURT'S FIRST CASE MANAGEMENT ORDER. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 12/12/07; 12/18/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 07-4860). (tjd) (Entered: 12/18/2007) |
| 12/17/2007 | 19 | JOINT STIPULATION AND ORDER THAT THE TIME FOR GLAXOSMITHKLINE TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT IS HEREBY EXTENDED UNTIL THIRTY DAYS AFTER THE ISSUANCE OF THIS COURT'S FIRST CASE MANAGEMENT ORDER. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 12/12/07; 12/18/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 07-4572). (tjd) (Entered: 12/18/2007) |
| 12/17/2007 | 20 | ORDER THAT THE CONSENT MOTION TO EXTEND TIME IS GRANTED IN C.A. 07-5203; THE DEADLINE FOR DEFENDANT SMITHKLINE BEECHAM CORPORATION TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT IS HEREBY EXTENDED THIRTY DAYS AFTER THE INITIAL MDL STATUS CONFERENCE. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 12/13/07; 12/18/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 07-5203).(tjd) (Entered: 12/18/2007) |
| 12/17/2007 | 21 | ORDER THAT THE CONSENT MOTION TO EXTEND TIME IN THE BELOW CASE IS GRANTED; THE DEADLINE FOR DEFENDANT SMITHKLINE BEECHAM CORPORATION TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT IS HEREBY EXTENDED TO THIRTY DAYS AFTER THE INITIAL MDL STATUS CONFERENCE. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 12/17/07; 12/18/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO RODRIGUEZ, CD-CA, 07-6149).(tjd) (Entered: 12/18/2007) |
| 12/19/2007 | 22 | ORDER GRANTING 14 MOTION FOR EXTENSION OF TIME TO ANSWER; THE TIME FOR DEFENDANT GLAXOSMITHKLINE TO MOVE, PLEAD, OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT IN THIS ACTION IS HEREBY EXTENDED TO THIRTY DAYS AFTER THE ISSUANCE OF THIS COURT'S FIRST CASE MANAGEMENT ORDER, ETC. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 12/18/07;12/20/07 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (APPLIES TO C.A. 07-4957). (tjd) (Entered: 12/20/2007) |
| 12/20/2007 | 23 | Certified Copy of Conditional Transfer Order (CTO-3) from the Judicial Panel on Multidistrict Litigation that the actions listed on this CTO are transferred to the EDPA for coordinated or consolidated pretrial proceedings assigned to the Honorable Cynthia M. Rufe. (tjd) (Entered: 12/21/2007) |
| 12/24/2007 | 24 | Certified Copy of Conditional Transfer Order (CTO-4) from the Judicial |

| | | |
|---|---|---|
| | | Panel on Multidistrict Litigation that the actions listed on this CTO are transferred to the EDPA for coordinated or consolidated pretrial proceedings assigned to the Honorable Cynthia M. Rufe: Gipson CD-CA 2:07-7539; Rumple WD-NC 1:07-374; Miller WD-TN 2:07-2723; Harwell SD-TX 1:07-194. (tjd) (Entered: 12/24/2007) |
| 12/26/2007 | 25 | Minute Entry for proceedings held before HONORABLE CYNTHIA M. RUFE: Telephone Conference held on 11/05/07. (rf, ) (Entered: 12/26/2007) |
| 12/27/2007 | 26 | CONSENT MOTION FOR EXTENSION OF TIME FILED BY SMITHKLINE BEECHAM CORPORATION, GLAXOSMITHKLINE INC. CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (APPLIES TO C.A. 07-5445).(tjd) (Entered: 12/28/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/28/2007 11:28:49 | | | |
| **PACER Login:** | mi0208 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-md-01871-CMR |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |