1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California  94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12 DOROTHY BONE; DAVID COOK;              Case No. CV-07-5886 MHP
   JESUS COTA; JO ELLEN GARNER;
13 BARRON GATTA; CATHY GRAY;              **NOTICE OF VACATED HEARING**
   FRANKLIN JENKINS; GREGORY
14 RODRIGUEZ; ROBERT RODRIGUEZ;
   ROGER TAVARES; LAVIOLA
15 TOWNSEND,

16                     Plaintiffs,

17           v.

18 SMITHKLINE BEECHAM
   CORPORATION d/b/a
19 GLAXOSMITHKLINE and McKESSON
   CORPORATION,
20
                       Defendants.
21

22 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

23         PLEASE TAKE NOTICE THAT, the hearing originally scheduled for January 14,

24 2008 at 2:00 p.m. has been vacated by the Court.

25         On January 8, 2008, the Court's clerk called and informed the undersigned defense

26 counsel and requested that all parties be notified that the above-mentioned hearing is

27 ///

28 ///

vacated due to the Court's determination that the matters are appropriate for resolution without oral argument. *See* Civil Local Rule 7-1(b).

Dated: January 9, 2008

DRINKER BIDDLE & REATH LLP

/S/
DONALD F. ZIMMER, JR.

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394047\1

NOTICE OF VACATED HEARING

CASE NO. CV-07-5886 MHP

2