United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOROTHY BONE,                              No. C 07-05886 MHP
                                               C 07-05887 MHP
        Plaintiff(s),                          C 07-05888 MHP
                                               C 07-05889 MHP
    v.                                         C 07-05890 MHP
                                               C 07-05891 MHP
SMITHKLINE BEECHAM CORP,                       C 07-06050 MHP
                                               C 07-06328 MHP
        Defendant(s).
                                           **ORDER**
***And related actions as listed***
_____/

        This matter having been stayed pending other proceedings, and there being no further reason

at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to

submit a JS-6 Form to the Administrative Office.

        Nothing contained in this minute entry shall be considered a dismissal or disposition of this

action and, should further proceedings in this litigation become necessary or desirable, any party

may initiate it in the same manner as if this entry had not been entered.


Dated: 2/6/2008

                                           _____
                                           MARILYN HALL PATEL
                                           United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOROTHY BONE,

              Plaintiff(s),

  v.

SMITHKLINE BEECHAM CORP,

              Defendant(s).

*And related actions as listed*
_____/

No. C 07-05886 MHP
C 07-05887 MHP
C 07-05888 MHP
C 07-05889 MHP
C 07-05890 MHP
C 07-05891 MHP
C 07-06050 MHP
C 07-06328 MHP

**ORDER**

      This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

      Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

_____
MARILYN HALL PATEL
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE, | No. C 07-05886 MHP |
| | C 07-05887 MHP |
| Plaintiff(s), | C 07-05888 MHP |
| | C 07-05889 MHP |
| v. | C 07-05890 MHP |
| | C 07-05891 MHP |
| SMITHKLINE BEECHAM CORP, | C 07-06050 MHP |
| | C 07-06328 MHP |
| Defendant(s). | |
| *And related actions as listed* | **ORDER** |
| _____/ | |

This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

_____
MARILYN HALL PATEL
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE, | No. C 07-05886 MHP |
| | C 07-05887 MHP |
| Plaintiff(s), | C 07-05888 MHP |
| | C 07-05889 MHP |
| v. | C 07-05890 MHP |
| | C 07-05891 MHP |
| SMITHKLINE BEECHAM CORP, | C 07-06050 MHP |
| | C 07-06328 MHP |
| Defendant(s). | |
| *And related actions as listed* | **ORDER** |
| _____/ | |

This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

_____
MARILYN HALL PATEL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE, | No. C 07-05886 MHP |
| | C 07-05887 MHP |
| Plaintiff(s), | C 07-05888 MHP |
| | C 07-05889 MHP |
| v. | C 07-05890 MHP |
| | C 07-05891 MHP |
| SMITHKLINE BEECHAM CORP, | C 07-06050 MHP |
| | C 07-06328 MHP |
| Defendant(s). | |
| *And related actions as listed* | **ORDER** |
| _____/ | |

This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

_____
MARILYN HALL PATEL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE, | No. C 07-05886 MHP |
| | C 07-05887 MHP |
| Plaintiff(s), | C 07-05888 MHP |
| | C 07-05889 MHP |
| v. | C 07-05890 MHP |
| | C 07-05891 MHP |
| SMITHKLINE BEECHAM CORP, | C 07-06050 MHP |
| | C 07-06328 MHP |
| Defendant(s). | |
| *And related actions as listed* | **ORDER** |
| _____/ | |

This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

_____
MARILYN HALL PATEL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOROTHY BONE,                                    No. C 07-05886 MHP
                                                      C 07-05887 MHP
         Plaintiff(s),                                C 07-05888 MHP
                                                      C 07-05889 MHP
    v.                                                C 07-05890 MHP
                                                      C 07-05891 MHP
SMITHKLINE BEECHAM CORP,                              C 07-06050 MHP
                                                      C 07-06328 MHP
         Defendant(s).
*And related actions as listed*                  **ORDER**
_____/

        This matter having been stayed pending other proceedings, and there being no further reason

at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to

submit a JS-6 Form to the Administrative Office.

        Nothing contained in this minute entry shall be considered a dismissal or disposition of this

action and, should further proceedings in this litigation become necessary or desirable, any party

may initiate it in the same manner as if this entry had not been entered.


Dated: 2/6/2008                                 _____
                                                MARILYN HALL PATEL
                                                United States District Judge