UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>    Plaintiff(s),<br><br>v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>    Defendant(s).<br>*And related actions as listed* | No. C 07-05886 MHP<br>C 07-05887 MHP<br>C 07-05888 MHP<br>C 07-05889 MHP<br>C 07-05890 MHP<br>C 07-05891 MHP<br>C 07-06050 MHP<br>C 07-06328 MHP<br><br>**ORDER** |

    This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

                                                  MARILYN HALL PATEL
                                                United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>    Plaintiff(s),<br><br>  v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>    Defendant(s).<br>*And related actions as listed* / | No. C 07-05886 MHP<br>C 07-05887 MHP<br>C 07-05888 MHP<br>C 07-05889 MHP<br>C 07-05890 MHP<br>C 07-05891 MHP<br>C 07-06050 MHP<br>C 07-06328 MHP<br><br>**ORDER** |

This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

MARILYN HALL PATEL
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>    Plaintiff(s),<br><br> v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>    Defendant(s).<br>*And related actions as listed* | No. C 07-05886 MHP<br>C 07-05887 MHP<br>C 07-05888 MHP<br>C 07-05889 MHP<br>C 07-05890 MHP<br>C 07-05891 MHP<br>C 07-06050 MHP<br>C 07-06328 MHP<br><br>**ORDER** |

  This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

  Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

                   MARILYN HALL PATEL
                   United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>    Plaintiff(s),<br><br> v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>    Defendant(s).<br>*And related actions as listed* | No. C 07-05886 MHP<br>C 07-05887 MHP<br>C 07-05888 MHP<br>C 07-05889 MHP<br>C 07-05890 MHP<br>C 07-05891 MHP<br>C 07-06050 MHP<br>C 07-06328 MHP<br><br>**ORDER** |

This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

                          MARILYN HALL PATEL
                          United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>  Plaintiff(s),<br><br>v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>  Defendant(s).<br>*And related actions as listed* | No. C 07-05886 MHP<br>C 07-05887 MHP<br>C 07-05888 MHP<br>C 07-05889 MHP<br>C 07-05890 MHP<br>C 07-05891 MHP<br>C 07-06050 MHP<br>C 07-06328 MHP<br><br>**ORDER** |

    This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

MARILYN HALL PATEL
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>        Defendant(s).<br>*And related actions as listed* | No. C 07-05886 MHP<br>C 07-05887 MHP<br>C 07-05888 MHP<br>C 07-05889 MHP<br>C 07-05890 MHP<br>C 07-05891 MHP<br>C 07-06050 MHP<br>C 07-06328 MHP<br><br>**ORDER** |

    This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

MARILYN HALL PATEL
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>        Defendant(s).<br>*And related actions as listed* / | No. C 07-05886 MHP<br>C 07-05887 MHP<br>C 07-05888 MHP<br>C 07-05889 MHP<br>C 07-05890 MHP<br>C 07-05891 MHP<br>C 07-06050 MHP<br>C 07-06328 MHP<br><br>**ORDER** |

    This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

                             MARILYN HALL PATEL
                             United States District Judge