1    CHARLES F. PREUSS (State Bar No. 45783)
     MICHAEL J. STORTZ (State Bar No. 139386)
2    KRISTA L. COSNER (State Bar No. 213338)
     DRINKER BIDDLE & REATH LLP
3    50 Fremont Street, 20th Floor
     San Francisco, California  94105
4    Telephone: (415) 591-7500
     Facsimile: (415) 591-7510
5
6    Attorneys for Defendants
     SMITHKLINE BEECHAM CORPORATION dba
7    GLAXOSMITHKLINE and McKESSON
     CORPORATION

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   DOROTHY BONE; DAVID COOK;              Case No. CV-07-05886 MHP
     JESUS COTA; JO ELLEN GARNER;                     CV-07-05887 MHP
13   BARRON GATTA; CATHY GRAY;                        CV-07-05888 MHP
     FRANKLIN JENKINS; GREGORY                        CV-07-05889 MHP
14   RODRIGUEZ; ROBERT RODRIGUEZ;                     CV-07-05890 MHP
     ROGER TAVARES; LAVIOLA                           CV-07-05891 MHP
15   TOWNSEND,                                        CV-07-06050 MHP
                                                      CV-07-06328 MHP
16                    Plaintiffs,
                                            SUPPLEMENTAL ADMINISTRATIVE
17         v.                               MOTION TO CONSIDER WHETHER
                                            CASES SHOULD BE RELATED
18   SMITHKLINE BEECHAM                      [CIV. L.R. 3-12 and 7-11]
     CORPORATION d/b/a
19   GLAXOSMITHKLINE and McKESSON
     CORPORATION,
20
                      Defendants.
21
     *And related actions as listed.*
22

23         Pursuant to Civil L.R. 3-12 and 7-11, Defendant SMITHKLINE BEECHAM

24   CORPORATION dba GLAXOSMITHKLINE, by and through counsel, submits this

25   Supplemental Administrative Motion to Consider Whether Cases Should Be Related

26   before the Honorable Marilyn H. Patel – the Judge assigned to the earliest-filed Avandia

27   action.  *See* Civil L.R. 3.12(b) and (f).

28         Defendant hereby requests that the following actions be deemed related to the

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

1    actions previously assigned and/or transferred to the Honorable Marilyn H. Patel.

2    Defendant has or will be requesting transfer to MDL 1871, *In re Avandia Marketing,*

3    *Sales Practices and Products Liability Litigation*, United States District Court for the

4    Eastern District of Pennsylvania.  Each of the following actions alleges personal and/or

5    economic injuries related to the use of the prescription drug Avandia®:

6        1.    *Arriola, Martha v. SmithKline Beecham Corporation dba GlaxoSmithKline,*

7    *et al.,* United States District Court for the Northern District of California, Case No. CV-

8    08-01598-SBA, Judge Saundra Brown Armstrong, request for transfer to MDL 1871

9    pending;

10       2.    *Cordova, Juanita v. SmithKline Beecham Corporation dba*

11   *GlaxoSmithKline et al.,* United States District Court for the Northern District of

12   California, Case No. CV-07-6051 EMC, Judge Edward M. Chen, transferred to MDL

13   1871 (United States District Court for the Eastern District of Pennsylvania, Case No. CV-

14   00529-CMR, Judge Cynthia M. Rufe);

15       3.    *Farris, Theresa, et al. v. SmithKline Beecham Corporation dba*

16   *GlaxoSmithKline, et al.,* United States District Court for the Northern District of

17   California, Case No. CV-08-01506 MHP, Judge Marilyn H. Patel, request for transfer to

18   MDL 1871 pending;

19       4.    *Kellum, Jerry, et al. v. SmithKline Beecham Corporation dba*

20   *GlaxoSmithKline, et al.,* United States District Court for the Northern District of

21   California, Case No. CV-08-01297 JSW, Judge Jeffrey S. White, request for transfer to

22   MDL 1871 pending;

23       5.    *Khanna, Mohinder v. SmithKline Beecham Corporation dba*

24   *GlaxoSmithKline, et al.,* United States District Court for the Northern District of

25   California, Case No. CV-08-01131 SBA, Judge Saundra Brown Armstrong, transfer to

26   MDL 1871 pending;

27       6.    *Pruett Sr., John v. SmithKline Beecham Corporation dba GlaxoSmithKline,*

28   *et al.,* United States District Court for the Northern District of California, Case No. CV-

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

2

1  08-01057 MEJ, Judge Maria-Elena James, transfer to MDL 1871 pending;

2       7.    *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation dba*

3  *GlaxoSmithKline, et al.,* United States District Court for the Northern District of

4  California, Case No. CV-08-01620 MEJ, Judge Maria-Elena James, request for transfer

5  to MDL 1871 pending;

6       8.    *Sims, James Dale, et al. v. SmithKline Beecham Corporation dba*

7  *GlaxoSmithKline,* United States District Court for the Northern District of California,

8  Case No. CV-08-0364 SC, Judge Samuel Conti, transferred to MDL 1871 (United States

9  District Court for the Eastern District of Pennsylvania, Case No. CV-08-01079 CMR,

10  Judge Cynthia M. Rufe);

11       The following actions have been deemed related and were previously assigned

12  and/or transferred to the Honorable Marilyn H. Patel:

13       1.    *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba*

14  *GlaxoSmithKline et al.,* United States District Court for the Northern District of

15  California, Case No. CV-07-5886 MHP, Judge Marilyn H. Patel, case closed "for

16  statistical purposes," transfer to MDL 1871 pending;

17       2.    *Bowles, Richard, et al. v. SmithKline Beecham Corporation dba*

18  *GlaxoSmithKline et al.,* United States District Court for the Northern District of

19  California, Case No. CV-07-6328 MHP, Judge Marilyn H. Patel, case closed "for

20  statistical purposes," transfer to MDL 1871 pending;

21       3.    *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline*

22  *et al.,* United States District Court for the Northern District of California, Case No. CV-

23  07-5889 MHP, Judge Marilyn H. Patel, case closed "for statistical purposes," transfer to

24  MDL 1871 pending;

25       4.    *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et*

26  *al.,* United States District Court for the Northern District of California, Case No. CV-07-

27  5887 MHP, Judge Marilyn H. Patel, case closed "for statistical purposes," transfer to

28  MDL 1871 pending;

5. *Hefner, Rose, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-6050 MHP, Judge Marilyn H. Patel, case closed "for statistical purposes," transfer to MDL 1871 pending;

6. *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-5888 MHP, Judge Marilyn H. Patel, case closed "for statistical purposes," transfer to MDL 1871 pending;

7. *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-5890 MHP, Judge Marilyn H. Patel, case closed "for statistical purposes," transfer to MDL 1871 pending;

8. *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-5891 MHP, Judge Marilyn H. Patel, case closed "for statistical purposes," transfer to MDL 1871 pending;

WHEREFORE, Defendants respectfully request that these cases be determined related for purposes of Civil L.R. 3-12.


Dated: April 1, 2008                                    DRINKER BIDDLE & REATH LLP


                                                        /S/ *Krista L. Cosner*
                                                        KRISTA L. COSNER

                                                        Attorneys for Defendants
                                                        SMITHKLINE BEECHAM
                                                        CORPORATION dba
                                                        GLAXOSMITHKLINE and McKESSON
                                                        CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

4