ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants.<br><br>*And related actions as listed.* | Case No. CV-07-05886 MHP<br>CV-07-05887 MHP<br>CV-07-05888 MHP<br>CV-07-05889 MHP<br>CV-07-05890 MHP<br>CV-07-05891 MHP<br>CV-07-06050 MHP<br>CV-07-06328 MHP<br>CV-08-01057 MHP<br>CV-08-01131 MHP<br>CV-08-01297 MHP<br>CV-08-01506 MHP<br>CV-08-01598 MHP<br>CV-08-01620 MHP<br><br>**SUPPLEMENTAL ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIV. L.R. 3-12 and 7-11]** |

Pursuant to Civil L.R. 3-12 and 7-11, Defendant SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE, by and through counsel, submits this Supplemental Administrative Motion to Consider Whether Cases Should Be Related before the Honorable Marilyn H. Patel – the Judge assigned to the earliest-filed Avandia action. *See* Civil L.R. 3.12(b) and (f).

Defendant hereby requests that the following actions be deemed related to the

actions previously assigned and/or transferred to the Honorable Marilyn H. Patel. Defendant has or will be requesting transfer to MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, United States District Court for the Eastern District of Pennsylvania.  Each of the following actions alleges personal and/or economic injuries related to the use of the prescription drug Avandia®:

      1.    *Fowler, Charles v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-08-1752 EMC, Magistrate Judge Edward M. Chen, request for transfer to MDL 1871 pending;

      2.    *Meneese, Leola v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-08-1753 MEJ, Magistrate Judge Maria Elena James, request for transfer to MDL 1871 pending;

The following actions have been deemed related and were previously assigned and/or transferred to the Honorable Marilyn H. Patel:

      1.    *Arriola, Martha v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* United States District Court for the Northern District of California, Case No. CV-08-01598-MHP, Judge Marilyn H. Patel, request for transfer to MDL 1871 pending;

      2.    *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-5886 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-1726-CMR, Judge Cynthia M. Rufe);

      3.    *Bowles, Richard,  et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-6328 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-1733-CMR, Judge Cynthia M. Rufe);

4. *Farris, Theresa, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* United States District Court for the Northern District of California, Case No. CV-08-01506 MHP, Judge Marilyn H. Patel, request for transfer to MDL 1871 pending;

5. *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* United States District Court for the Northern District of California, Case No. CV-07-5889 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. ___ -CV-____-CMR, Judge Cynthia M. Rufe);

6. *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* United States District Court for the Northern District of California, Case No. CV-07-5887 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. ___ -CV-____-CMR, Judge Cynthia M. Rufe);

7. *Hefner, Rose, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* United States District Court for the Northern District of California, Case No. CV-07-6050 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. ___ -CV-____-CMR, Judge Cynthia M. Rufe);

8. *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* United States District Court for the Northern District of California, Case No. CV-07-5888 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-1728-CMR, Judge Cynthia M. Rufe);

9. *Kellum, Jerry, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* United States District Court for the Northern District of California, Case No. CV-08-01297 MHP, Judge Marilyn H. Patel, request for transfer to MDL 1871 pending;

10.   *Khanna, Mohinder v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* United States District Court for the Northern District of California, Case No. CV-08-01131 MHP, Judge Marilyn H. Patel, request for transfer to MDL 1871 pending;

11.   *Pruett Sr., John v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* United States District Court for the Northern District of California, Case No. CV-08-01057 MHP, Judge Marilyn H. Patel, request for transfer to MDL 1871 pending;

12.   *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* United States District Court for the Northern District of California, Case No. CV-08-01620 MHP, Judge Marilyn H. Patel, request for transfer to MDL 1871 pending;

13.   *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-5890 MHP, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-1730-CMR, Judge Cynthia M. Rufe);

14.   *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-5891 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. ___ -CV-____-CMR, Judge Cynthia M. Rufe);

WHEREFORE, Defendants respectfully request that these cases be determined related for purposes of Civil L.R. 3-12.

| | |
|---|---|
| Dated: April 18, 2008 | DRINKER BIDDLE & REATH LLP |
| | /S/ *Krista L. Cosner* |
| | KRISTA L. COSNER |
| | Attorneys for Defendants<br>SMITHKLINE BEECHAM<br>CORPORATION dba<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION |