**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                              415.522.2000

April 23, 2008

Eastern District of Pennsylvania

600 Arch Street

Philadelphia, PA 19106-1679


RE: CV 07-05886 MHP    Dorothy Bone-v-SmithKline Beecham Corp.

Dear Clerk,

    Pursuant to an MDL Order transferring the above captioned case to your court, electronically transmitted herewith are:

        ☒    All docket entries/documents.

        ☒    Transferral Order.


    Please acknowledge receipt of the above documents on the attached copy of this letter.


                                Sincerely,
                                RICHARD W. WIEKING, Clerk

                                *[signature: Simone Voltz]*

                                by:  Simone Voltz
                                Case Systems Administrator


Enclosures
Copies to counsel of record