ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants.<br><br>*And actions pending relation:*<br>*CV-08-02574*<br>*CV-08-02659*<br>*CV-08-02660*<br>*CV-08-02661*<br>*CV-08-02662*<br>*CV-08-02664*<br>*CV-08-02665*<br>*CV-08-02666*<br>*CV-08-02667* | Case No. CV-07-05886 MHP<br><br>(and related actions)[1]<br><br>**SUPPLEMENTAL ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIV. L.R. 3-12 and 7-11]** |

---

[1] CV-07-05887 MHP, CV-07-05888 MHP, CV-07-05889 MHP, CV-07-05890 MHP, CV-07-05891 MHP, CV-07-06050 MHP, CV-07-06328 MHP, CV-08-01057 MHP, CV-08-01131 MHP, CV-08-01297 MHP, CV-08-01506 MHP, V-08-01598 MHP CV-08-01620 MHP, CV-08-01752 MHP, and CV-08-01753 MHP.

Pursuant to Civil L.R. 3-12 and 7-11, Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, by and through counsel, submits this Supplemental Administrative Motion to Consider Whether Cases Should Be Related before the Honorable Marilyn H. Patel – the Judge assigned to the earliest-filed Avandia action. *See* Civil L.R. 3.12(b) and (f).

Defendant hereby requests that the following actions be deemed related to the actions previously assigned and/or transferred to the Honorable Marilyn H. Patel. Defendant has or will be requesting transfer to MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, United States District Court for the Eastern District of Pennsylvania. Each of the following actions alleges personal and/or economic injuries related to the use of the prescription drug Avandia®:

1. *Abbott, Mary Louise, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-08-02662 EMC, Magistrate Judge Joseph M. Chen;

2. *Brown, Kathryn, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-08-02664 JCS, Magistrate Judge Joseph C. Spero;

3. *Compton, David, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-08-02667 MEJ, Magistrate Judge Maria-Elena James;

4. *Edwards, Harold Douglas, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-08-02659 BZ, Magistrate Judge Bernard Zimmerman;

5. *King, James, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-08-02660 MEJ, Magistrate Judge Maria-Elena James;

6. *Nabers, Randy, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of

1   California, Case No. CV-08-02661, JL, Magistrate Judge James Larson;

2       7.    *Perkins, Rosena v. SmithKline Beecham Corporation d/b/a*

3   *GlaxoSmithKline et al.*, United States District Court for the Northern District of

4   California, Case No. CV-08-2574 WDB, Magistrate Judge Wayne D. Brazil.

5       8.    *Secord, Doris E., et al. v. SmithKline Beecham Corporation d/b/a*

6   *GlaxoSmithKline et al.*, United States District Court for the Northern District of

7   California, Case No. CV-08-02665 MEJ, Magistrate Judge Maria-Elena James;

8       9.    *Williams, Allen, et al. v. SmithKline Beecham Corporation d/b/a*

9   *GlaxoSmithKline et al.*, United States District Court for the Northern District of

10  California, Case No. CV-08-02666 EMC, Magistrate Judge Joseph M. Chen;

11  The following actions have been deemed related and were previously assigned

12  and/or transferred to the Honorable Marilyn H. Patel:

13      1.    *Arriola, Martha v. SmithKline Beecham Corporation d/b/a*

14  *GlaxoSmithKline, et al.,* United States District Court for the Northern District of

15  California, Case No. CV- 08-01598-MHP, Judge Marilyn H. Patel, transferred to MDL

16  1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-

17  CV-2182-CMR, Judge Cynthia M. Rufe);

18      2.    *Bone, Dorothy, et al. v. SmithKline Beecham Corporation d/b/a*

19  *GlaxoSmithKline et al.*, United States District Court for the Northern District of

20  California, Case No. CV-07-5886 MHP, Judge Marilyn H. Patel, transferred to MDL

21  1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-

22  CV-1726-CMR, Judge Cynthia M. Rufe);

23      3.    *Bowles, Richard, et al. v. SmithKline Beecham Corporation d/b/a*

24  *GlaxoSmithKline et al.,* United States District Court for the Northern District of

25  California, Case No. CV-07-6328 MHP, Judge Marilyn H. Patel, transferred to MDL

26  1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-

27  CV-1733-CMR, Judge Cynthia M. Rufe);

28      4.    *Farris, Theresa, et al. v. SmithKline Beecham Corporation d/b/a*

*GlaxoSmithKline, et al.,* United States District Court for the Northern District of California, Case No. CV-08-01506 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-2181-CMR, Judge Cynthia M. Rufe);

5. *Fisher, George v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-5889 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-1729-CMR, Judge Cynthia M. Rufe);

6. *Fowler, Charles v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-08-1752 MHP, Judge Marilyn H. Patel, (United States District Court for the Eastern District of Pennsylvania, Case No. ___-CV-____-CMR, Judge Cynthia M. Rufe);

7. *Hall, James v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.,* United States District Court for the Northern District of California, Case No. CV-07-5887 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-1727-CMR, Judge Cynthia M. Rufe);

8. *Hefner, Rose, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-6050 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-1732-CMR, Judge Cynthia M. Rufe);

9. *Jefferson, James v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-5888 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-

CV-1728-CMR, Judge Cynthia M. Rufe);

10.  *Kellum, Jerry, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, et al.,* United States District Court for the Northern District of California, Case No. CV-08-01297 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-1880-CMR, Judge Cynthia M. Rufe);

11.  *Khanna, Mohinder v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, et al.,* United States District Court for the Northern District of California, Case No. CV-08-01131 MHP, Judge Marilyn H. Patel, transferred to United States District Court for the Eastern District of Pennsylvania, Case No. \_\_-CV-\_\_\_\_-CMR, Judge Cynthia M. Rufe;

12.  *Meneese, Leola v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-08-1753 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-2255-CMR, Judge Cynthia M. Rufe);

13.  *Pruett Sr., John v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, et al.,* United States District Court for the Northern District of California, Case No. CV-08-01057 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-1567-CMR, Judge Cynthia M. Rufe);

14.  *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, et al.,* United States District Court for the Northern District of California, Case No. CV-08-01620 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-2183-CMR, Judge Cynthia M. Rufe);

15.  *Thornton, Hector v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, et al.*, United States District Court for the Northern District of

California, Case No. CV-07-5890 MHP, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-1730-CMR, Judge Cynthia M. Rufe);

16.   *Upshaw, Ivan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline et al.*, United States District Court for the Northern District of California, Case No. CV-07-5891 MHP, Judge Marilyn H. Patel, transferred to MDL 1871 (United States District Court for the Eastern District of Pennsylvania, Case No. 08-CV-1731-CMR, Judge Cynthia M. Rufe);

WHEREFORE, Defendants respectfully request that these cases be determined related for purposes of Civil L.R. 3-12.

Dated: June 6, 2008                                    DRINKER BIDDLE & REATH LLP

/S/ *Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400484\1